AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

United States of America

          *Plaintiff(s)*

v.

Juanita Parker, et al

          *Defendant(s)*

Civil Action No. 1:13cv388 LG-JMR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Juanita Parker
5128 Highway 26W
Lucedale, Mississippi 39452

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Pascale Guerrier
U.S. Department of Justice, Tax Division
P.O. Box 14198, Ben Franklin Station
Washington, DC 20044

Overnight mail: 555 4th Street, N.W., Room 6214, Washington D.C. 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**J.T. NOBLIN**

CLERK OF COURT

*P. Stokes* (signature)

Date: 10/8/13

          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:13cv388 LG-JMR |
| Juanita Parker, et al | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Billy Patrick Parker
5128 Highway 26W
Lucedale, Mississippi 39452

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Pascale Guerrier
U.S. Department of Justice, Tax Division
P.O. Box 14198, Ben Franklin Station
Washington, DC 20044

Overnight mail: 555 4th Street, N.W., Room 6214, Washington D.C. 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**J.T. NOBLIN**
CLERK OF COURT

Date: 10/8/13

P. Stokes
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

United States of America )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:13cv388 LG-JMR
Juanita Parker, et al )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Commissioner J. Ed. Morgan
Mississippi Department of Revenue
1577 Springridge Road
Raymond, Mississippi 39154

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Pascale Guerrier
U.S. Department of Justice, Tax Division
P.O. Box 14198, Ben Franklin Station
Washington, DC 20044

Overnight mail: 555 4th Street, N.W., Room 6214, Washington D.C. 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**J.T. NOBLIN**
CLERK OF COURT

Date: 10/8/13

*P. Stokes*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

United States of America )
)
)
)
Plaintiff(s) )
v. ) Civil Action No. 1:13cv388LG-JMR
)
Juanita Parker, et al )
)
)
)
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Mississippi Department of Employment Security
Henry J Kirksey Building
1235 Echalon Parkway
Jackson, Mississippi 39213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Pascale Guerrier
U.S. Department of Justice, Tax Division
P.O. Box 14198, Ben Franklin Station
Washington, DC 20044

Overnight mail: 555 4th Street, N.W., Room 6214, Washington D.C. 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**J.T. NOBLIN**

CLERK OF COURT

Date: 10/8/13

P. Stokes

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America <br><br> *Plaintiff(s)* <br> v. <br> Juanita Parker, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:13cv388 LG-JMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Chancery Clerk of George County
355 Cox Street
Lucedale, Mississippi 39452

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Pascale Guerrier
U.S. Department of Justice, Tax Division
P.O. Box 14198, Ben Franklin Station
Washington, DC 20044

Overnight mail: 555 4th Street, N.W., Room 6214, Washington D.C. 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**J.T. NOBLIN**
*CLERK OF COURT*

Date: 10/8/13

_P. Stokes_
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| United States of America <br><br> *Plaintiff(s)* <br> v. <br> Juanita Parker, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:13 cv 388 LG-JMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  George County Tax Assessor
1530 Main Street # B
Lucedale, Mississippi 39452

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Pascale Guerrier
U.S. Department of Justice, Tax Division
P.O. Box 14198, Ben Franklin Station
Washington, DC 20044

Overnight mail: 555 4th Street, N.W., Room 6214, Washington D.C. 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**J.T. NOBLIN**

*CLERK OF COURT*

Date: 10/8/13

P. Stokes
*Signature of Clerk or Deputy Clerk*